

JUL 27, 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **07-20586-CR-SEITZ/McALILEY**

18 U.S.C. § 3146(a)(1)

UNITED STATES OF AMERICA

vs.

GUSTAVO BARNES,

        Defendant.        /

## INDICTMENT

The Grand Jury charges that:

On or about May 25, 2007, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GUSTAVO BARNES,**

having previously been charged in the case of United States v. Gustavo Barnes, Case No. 07-20019-Cr-SEITZ with violations of Title 18, United States Code, Section 1029(a)(3), that is, knowingly and with intent to defraud, possessing fifteen or more counterfeit and unauthorized access devices, that is, counterfeit credit cards and account numbers, such possession affecting interstate and foreign commerce, offenses punishable by imprisonment for a term of five years or more, and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, did knowingly fail to appear before a court, as required by the

conditions of his release, pursuant to a court order, in violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(ii).

A TRUE BILL

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
STEFANIE C. MOON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| GUSTAVO BARNES, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)        Yes ____   No ____
Number of New Defendants    ____
Total number of counts      ____

_X_ Miami    ___ Key West
___ FTL      ___ WPB      ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    _No_
   List language and/or dialect  _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

   I    0 to 5 days       _X_        Petty     ____
   II   6 to 10 days      ____       Minor     ____
   III  11 to 20 days     ____       Misdem.   ____
   IV   21 to 60 days     ____       Felony    _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 07-20019-Cr-SEITZ_____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?   ____ Yes   _X_ No
   If yes, was it pending in the Central Region?   ____ Yes   _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ____ Yes   _X_ No

_____
STEFANIE C. MOON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0074195

*Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GUSTAVO BARNES

**Case No:**

Count #: 1

Failure to Appear

Title 18, United States Code, Section 3146(a)(1)

\* **Max.Penalty:**   5 years' imprisonment

Count #: 2

**\*Max. Penalty:**

Count #: 3

**\*Max. Penalty:**

Count #: 4

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.